**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Ealy v. EVC Engage, LLC

Appellate case number:  01-21-00095-CV

Trial court case number:  2020-09144

Trial court:  334th Judicial District Court of Harris County, Texas

Appellant Lawrence Ealy's motion for rehearing is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra

☐ Acting individually  ☒ Acting for the Court

Date: February 2, 2023

The panel consists of Justices Kelly, Rivas-Molloy, and Guerra.